Paul Caleo, State Bar No. 153925
Allyson E. Cook, State Bar No. 227214
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:  (510) 444-6800
Facsimile:   (510) 835-6666
pcaleo@burnhambrown.com
acook@burnhambrown.com
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KURT SCHERER,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>HOME DEPOT U.S.A., INC., KRAUSE, INC., and DOES 1-100,<br><br>　　　　Defendants. | No. CIV.S. -04-0109 DFL GGH<br><br>STIPULATION TO CONTINUE THE HEARING ON DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION REQUESTING LEAVE TO AMEND ANSWER TO FILE A CROSS-CLAIM<br><br>Complaint Filed: January 15, 2004<br>Trail Date: January 23, 2006 |

　　　　The parties Home Depot U.S.A., Inc. ("Home Depot") and Krause, Inc. ("Krause") by and through their counsel of record hereby agree and so stipulate to continue the hearing date on Home Depot's Motion Requesting Leave to Amend Its Answer to File a Cross-Claim against Krause to July 13, 2005 at 10 a.m.

　　　　The parties further agree, including counsel for Plaintiff Robert Kurt Scherer, that the parties will not file a motion to continue the trial date currently calendared for January 26, 2006 based on the above stipulated continuance of the hearing on Home Depot's Motion Requesting Leave to Amend Its Answer to File a Cross-Claim against Krause.

///

1  ///

2  Though counsel for Plaintiff Robert Kurt Scherer is not a party to this stipulation,

3  she was advised by counsel for Home Depot of this continuance of the hearing date.

4  IT IS SO STIPULATED.

5  DATED: May 23, 2005                         BURNHAM BROWN

6
                                                          /s/
7
                                              By_____
8                                                ALLYSON E. COOK
9                                                Attorneys for Defendant
                                                 HOME DEPOT U.S.A., INC.
10

11 DATED: May 23, 2005                         SHEPARD & HAVEN, LLP

                                                          /s/

                                              By_____
                                                 RONALD R. HAVEN
                                                 Attorneys for DefendantKRAUSE, INC.

13 IT IS SO ORDERED.

   DATE: 5/25/2005
14

15                                                  /s/ David F. Levi
                                              HON. DAVID F. LEVI
                                              DISTRICT COURT JUDGE

16 699558

17

18



DEF. HOME DEPOT U.S.A., INC.'S              2                    NO. CIV.S.-04-0109 DFL GGH