IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KURT SCHERER,

    Plaintiff,

    v.

HOME DEPOT U.S.A., INC.,
KRAUSE, INC., and DOES 1-100,

    Defendants.

CIV-S-04-0109 DFL GGH

MEMORANDUM OF OPINION
AND ORDER

    Defendant Home Depot U.S.A., Inc., moves for leave to amend its answer to file a cross-claim against defendant Krause, Inc. Neither Krause, Inc., nor plaintiff opposes the motion.

///

///

///

///

///

///

1

1   Leave to amend a pleading "shall be freely given when
2 justice so requires." Fed.R.Civ.P. 15(a).  Because no party
3 opposes the motion and it appears to have been filed in good
4 faith, the motion is GRANTED.
5   IT IS SO ORDERED.
6 Dated: 8/24/2005

_____
DAVID F. LEVI
United States District Judge

2