IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KURT SCHERER,

    Plaintiff,

    v.

HOME DEPOT U.S.A., INC., KRAUSE, INC., and DOES 1-100,

    Defendants.

CIV-S-04-0109 DFL GGH

MEMORANDUM OF OPINION AND ORDER

    Plaintiff Robert Scherer has filed a motion seeking the following: (1) an extension of the discovery cut-off date; (2) permission to propound additional interrogatories; and (3) rescheduling of the hearing date for defendants' summary judgment motions.  Defendants Home Depot, Inc. ("Home Depot") and Krause, Inc. ("Krause") oppose Scherer's motions and move for summary judgment.  In addition, Krause moves to exclude the testimony of four of Scherer's expert witnesses or compel their depositions.  With the exception of the motions for summary judgment, the parties filed all of the above motions ex parte.

    As discussed at oral argument, the court DENIES the request

to extend the discovery deadline for all discovery except the depositions of Dr. Mack Quan, Dr. Russell Darnell, Dr. Joseph Balser, and Mr. Eaton, and the filing of their initial and supplemental reports. The court DISMISSES the pending summary judgment motions with leave to refile and VACATES the date set for trial and for the final pre-trial conference. The new schedule for this case is as follows: (1) the parties must complete all testing and deliver initial expert reports on or before December 7, 2005; (2) the parties must deliver any supplemental reports on or before December 21, 2005; (3) if the parties choose to depose the expert witnesses listed above, they must do so on or before February 1, 2006; (4) dispositive motions are due on March 1, 2006; (5) dispositive motions will be heard on March 29, 2006, at 10:00 A.M.; (6) the final pre-trial conference is reset to May 12, 2006 at 2:00 P.M.; (7) the trial date is reset to June 19, 2006 at 9:00 A.M.

   IT IS SO ORDERED.

Dated: 11/21/2005

_____
DAVID F. LEVI
United States District Judge