**OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KURT SCHERER,<br><br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., KRAUSE, INC., and DOES 1-100,<br><br>      Defendants.<br>_____/ | No. 04-0109 DFL GGH<br><br>**STIPULATION TO AMEND COURT'S NOTICE RE SCHEDULE CHANGES** |

PLEASE TAKE NOTICE that all parties to the above action hereby formally stipulate, agree and approve the following changes to the briefing schedule:

| | **Current Briefing Schedule** | **Proposed New Briefing Schedule** |
|---|---|---|
| All Motions in Limine | September 1, 2006 | August 1, 2006 |
| Opposing briefs | September 15, 2006 | August 15, 2006 |
| Reply briefs | September 29, 2006 | September 5, 2006 |

The hearing date of October 20, 2006 at 10 a.m. remains as scheduled.

Dated:                                      **LAW OFFICES OF ELLEN C. DOVE**


                                    By_____/s/ ELLEN C. DOVE_____
                                            ELLEN C. DOVE
                                            Attorney for Plaintiff ROBERT KURT SCHERER

Dated:                                              **BURNHAM BROWN**

By: _____/s/ ALLYSON E. COOK_____
    ALLYSON E. COOK
    Attorneys for Defendant HOME DEPOT
    U.S.A., INC.

Dated:                                              **SHEPARD & HAVEN, LLP**

By; _____/s/ RONALD R. HAVEN_____
    RONALD R. HAVEN
    Attorney for Defendant KRAUSE, INC.

## **ORDER**

IT IS SO ORDERED.

Dated: 6/9/2006

_____
DAVID F. LEVI
United States District Judge