UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KURT SCHERER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., KRAUSE, INC., and DOES 1-100,<br><br>　　　　Defendants. | No. CIV.S. -04-0109 DFL GGH<br><br>NOTICE OF STIPULATION TO AMEND DEADLINE TO EXCHANGE AND OBJECT TO EXHIBITS<br><br>Orig. Compl. Filed: January 15, 2004<br>Am. Compl. Filed:  August 17, 2004<br>Trial Date: October 30, 2006 |

PLEASE TAKE NOTICE that all parties to the above action hereby formally stipulate, agree, and approve the following changes to the deadline by which to exchange and object to each parties exhibits that will be used in the trial of this matter[1]:

| | |
|---|---|
| Exchange of Exhibits | October 25, 2006 at 10:00 a.m. |
| Service of Written Objections to the Exhibits | October 26, 2006 at 12:00 p.m. |
| Meet and Confer Telephone Conference | October 26, 2006 at 3:00 p.m. |
| Filing of Objections Including Basis for Objection | October 27, 2006, close of business |

DATED: October 17, 2006　　　　　　　　LAW OFFICES OF ELLEN C. DOVE

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Ellen Dove (approved 10/17/06)
　　　　　　　　　　　　　　　　　　　　　　Ellen C. Dove
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　ROBERT KURT SCHERER

---

[1] Please note that this Stipulation is necessary as Defendants Home Depot U.S.A., Inc. and Krause, Inc. objected to the Pre-Trial Conference Order on June 1, 2006 as Judge Levi continued the trial of this matter until October 30, 2006.  Since an amended Order was not issued, the parties met and conferred in an effort to relieve the Court of the duty to set such deadlines.  This Stipulation in no way changes the duties of the parties set forth in Judge Levi's Pre-Trial Conference Order and merely resets the deadline by which the parties must respond.

NOTICE OF STIPULATION TO AMEND DEADLINE　　1　　　　　　　NO. CIV.S.-04-0109 DFL GGH
TO EXCHANGE AND OBJECT TO EXHIBITS

| | | |
|---|---|---|
| 1 | DATED: October 17, 2006 | SHEPARD & HAVEN |
| 2 | | By: /s/ Ronald R. Haven (approved 10/17/06) |
| 3 | | RONALD R. HAVEN<br>Attorneys for Defendant KRAUSE, INC. |
| 4 | DATED: October 17, 2006 | BURNHAM BROWN |
| 5 | | |
| 6 | | By: /s/ Allyson Cook<br>ALLYSON E. COOK |
| 7 | | Attorneys for Defendant<br>HOME DEPOT U.S.A., INC. |

**ORDER**

IT IS SO ORDERED
Dated: 10/24/2006

_____
DAVID F. LEVI
United States District Judge