UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

**Robert Kurt Scherer**

                v.         CASE NUMBER: 2:04cv0109 DFL GGH

**Home Depot USA Inc. Et al**

**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
        WITH THE JURY VERDICT RENDERED 11/16/06.

                                                VICTORIA C. MINOR,
                                                CLERK OF COURT

ENTERED:   November 16, 2006

                                                by: **/s/ Jeremy J. Donati**
                                                **Jeremy J. Donati, Deputy Clerk**